Daniel C. Girard (State Bar No. 114826)
Eric H. Gibbs (State Bar No. 178658)
Adam E. Polk (State Bar No. 273000)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com

*Attorneys for Individual and Representative
Plaintiff Linda Boss*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA BOSS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.,<br><br>　　　　　Defendants. | Case No. 4:15-cv-00855-YGR<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BOSS'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>L.R. 3-12, 7-11<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>This document relates to:<br><br>Case No. 5:15-cv-00559-EJD<br><br>The Honorable Edward J. Davila |
| PAUL DE LA TORRE and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.,<br><br>　　　　　Defendants. | |

| | |
|---|---|
| MELANIE BARBER, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | Case No. 4:15-cv-00568-JSW<br><br>The Honorable Jeffrey S. White |
| MARY FARRELL, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-00635-MMC<br><br>The Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | This matter comes before the Court on Plaintiff Linda Boss's Administrative Motion to Consider |
| 2 | Whether Cases Should Be Related, which no party opposes and which Plaintiffs Linda Boss, Melanie |
| 3 | Barber, and Mary Farrell support. Upon consideration of Plaintiff Boss's Motion, all other papers |
| 4 | submitted in support thereof, and for good cause shown, the Court hereby GRANTS Plaintiff Boss's |
| 5 | Motion. |
| 6 | IT IS SO ORDERED that the putative class actions entitled *Boss v. Target Corp., et al.*, Case |
| 7 | Number 4:15-cv-00855-YGR, *Barber v. Target Corp.*, Case Number 4:15-cv-00568-JSW, and *Farrell v.* |
| 8 | *Target Corp.*, Case Number 3:15-cv-00635-MMC are related to *De La Torre, et al. v. Target Corp., et* |
| 9 | *al.*, Case Number 5:15-cv-00559-EJD. The Clerk shall reassign all cases to undersigned. |

Dated: April 7, 2015

[signature]
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER GRANTING PLAINTIFF BOSS'
ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 4:15-cv-00855-YGR